**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**TERRI DAVIS**                                                                                     **PLAINTIFF**

          **v.**          **Civil No. 05-5095**

**OZARKS ELECTRIC COOPERATIVE**                                             **DEFENDANT**

### O R D E R

Now on this 22nd day of May, 2006, comes on for consideration plaintiff's **Motion To Quash Subpoena** (document #28), and the Court, having been advised by plaintiff's counsel that the issue raised therein has been resolved amicably between the parties, finds that said motion should be, and same hereby is, **denied** as moot.

**IT IS SO ORDERED.**

                                                            **/s/Jimm Larry Hendren**
                                                            **JIMM LARRY HENDREN**
                                                            **UNITED STATES DISTRICT JUDGE**